UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNIE H. WASHINGTON, | ) | No. CV 13-2187 MMM (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES SECOND BAPTIST HOMES, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendants' Motion to Dismiss the Complaint is granted without leave to amend and that judgment be entered dismissing Plaintiff's claims under 42 U.S.C. § 1983 (Claims One and Two) with prejudice and dismissing his state law claim for relief (Claim Three) without prejudice.

DATED: May 24, 2014

_____
MARGARET M. MORROW
United States District Judge