UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE H. WASHINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>LOS ANGELES SECOND BAPTIST HOMES, INC., *et al.*,<br>            Defendants. | No. CV 13-2187 MMM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff take nothing by his Complaint and that the Complaint is dismissed in its entirety as follows:

(1) Plaintiff's claims pursuant to 42 U.S.C. § 1983 (Claims One and Two) are dismissed with prejudice; and

(2) Plaintiff's state law claim (Claim Three) is dismissed without prejudice.

DATED: May 24, 2014

                                                        MARGARET M. MORROW
                                                        United States District Judge